1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | Case No. 13-md-02420 (YGR) (DMR)<br><br>**CLASS ACTION**<br><br>**ORDER ADMINISTRATIVELY TERMINATING CASES** |
|---|---|

The Court submitted to interim class counsel for the putative direct purchaser classes a list of cases under consideration for administrative termination. Administrative termination has the effect of a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court, having received a response from interim class counsel and for good cause appearing, **ORDERS** as follows:

The Clerk of the Court shall administratively terminate the following nine cases.

1. 12-cv-5268, *Carte v. Samsung SDI, Co., Ltd., et al.*
2. 12-cv-5678, *Siegel v. LG Chem, LTD., et al.*
3. 12-cv-5682, *Univision-Crimson Holding, Inc. v. Samsung SDI Co., Ltd., et al.*

4. 13-cv-0213, *Ritz Camera & Image, LLC v. Samsung SDI Co., Ltd., et al.*

5. 13-cv-0426, *Automation Engineering, LLC et al v. LG Chem, Ltd., et al.*

6. 13-cv-0785, *The Stereo Shop v. LG Chem, Ltd., et al.*

7. 13-cv-0797, *First Choice Marketing, Inc. v. LG Chem America, Inc., et al.*

8. 13-cv-1298, *Walner v. Samsung SDI Co., Ltd., et al.*

9. 13-cv-2288, *KCN Services, LLC v. LG Chem, Ltd., et al.*

This Order does not affect the claims of the named plaintiffs in the direct purchaser plaintiff class action, Case No. 13-MD-02420 (YGR) (DMR).

**IT IS SO ORDERED.**

Date   March 20, 2017   , 2017

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE